UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-34826 ABA

Debtor: Norman W. Washington

| Check Number | Creditor | Amount |
|---|---|---|
| 1858004 | JPMorgan Chase Bank, N.A. | 1754.01 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 11, 2014